IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sims, Sharon L | Case Number: 08 B 07203 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 3/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Illinois Student Assistance Commission | Unsecured | 7,262.25 | 0.00 |
| 2. | Peoples Energy Corp | Unsecured | 2,128.49 | 0.00 |
| 3. | B-Real LLC | Unsecured | 345.34 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 561.85 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 893.30 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 7. | Credit Management Service | Unsecured | | No Claim Filed |
| 8. | Credit Protection Association | Unsecured | | No Claim Filed |
| 9. | H&F Law | Unsecured | | No Claim Filed |
| 10. | I C Systems Inc | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Professional Account Management | Unsecured | | No Claim Filed |
| | | | $ 11,191.23 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sims, Sharon L | Case Number: 08 B 07203 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 3/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

